IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Angela Ryan, et al
Plaintiff,
v.
North Carolina Department of Social Services, et al
Defendant(s).

Civil Action No.:  25cv502

MOTION TO PROCEED IN FORMA PAUPERIS

    NOW COMES Plaintiff Angela Ryan ("Plaintiff"), proceeding pro se, and respectfully moves this Honorable Court pursuant to 28 U.S.C. § 1915 and local rules to allow her to file the attached civil rights complaint under 42 U.S.C. § 1983 in forma pauperis, without the prepayment of fees or costs, based upon her present inability to pay such costs or to afford counsel. As set forth below and supported by the attached documentation, Plaintiff submits the following showing of indigency and inability to pay.

I. BACKGROUND AND BASIS FOR REQUEST

    1. Plaintiff Angela Ryan is bringing this action seeking redress for violations of her constitutional rights under 42 U.S.C. § 1983.
    2. Angela Ryan was adjudged indigent by the Guilford County District Court on October 7, 2024.
Reference: See attached Guilford County District Court Declaration of Indigency, dated October 7, 2024.
    3. Plaintiff was likewise granted leave to proceed in forma pauperis by the North Carolina Supreme Court in May 2025.
Reference: See attached order of the North Carolina Supreme Court, May 2025, granting in forma pauperis status.

II. PLAINTIFF'S CURRENT FINANCIAL STATUS AND CIRCUMSTANCES

1. As a direct result of ongoing legal proceedings, particularly those most recently concluded, Plaintiff has suffered substantial emotional and mental distress.

2. The severity of these impacts led directly to Plaintiff losing her employment, and she is currently unemployed.

3. On February 24, 2025, Plaintiff was evicted from her home as a result of financial distress following a December 17, 2024, District Court contempt action, which Plaintiff asserts was wrongfully brought against her and is part of the factual basis of her civil rights complaint.

4. Over the past three years, Plaintiff has been embroiled in protracted litigation regarding custody proceedings, which underpin the present action. During this period, Plaintiff has exhausted all of her financial resources, expending approximately $300,000 in legal fees and related expenses.

5. Despite her diligent efforts to secure further legal representation, Plaintiff has been unable to do so due to her indigency and lack of available assistance.

## III. PLAINTIFF'S EFFORTS TO SECURE COUNSEL AND EMPLOYMENT

- Plaintiff affirms that every reasonable opportunity to obtain paid counsel or pro bono assistance was exhausted. All attempts to secure or maintain gainful employment have failed, largely as a result of the adverse impacts caused by the legal actions described herein.
- Plaintiff is presently without a permanent residence and has minimal to no assets, savings, or sources of income.

## IV. GROUNDS FOR GRANTING IN FORMA PAUPERIS STATUS

- Plaintiff respectfully submits that the attached prior findings and orders —namely the October 7, 2024, Guilford County District Court declaration of indigency and the North Carolina Supreme Court's in forma pauperis grant in May 2025—demonstrate and affirm her indigency.
- Plaintiff's affidavit and documentary evidence make clear her present lack of financial ability to pay the filing fee or any associated costs required to initiate this action.

## V. RELIEF REQUESTED

WHEREFORE, based on the foregoing, the attached documentation, and in the interests of justice and equity, Plaintiff Angela Ryan respectfully requests that this Court:

1. Grant leave for Angela Ryan to proceed in forma pauperis in this matter,
2. Waive any and all filing, application, or administrative fees related to her civil rights complaint,
3. And allow this action to proceed without prepayment of fees or costs, together with any other relief the Court deems just and appropriate.

Respectfully submitted,

*[signature]*

Angela Ryan
Plaintiff, pro se
706 Huffman Mill Rd
Burlington NC 27215
Akj8989@aol.com
336-266-7320
Date: June 17, 2025
    ak
    24th

ATTACHMENTS
- Guilford County District Court Declaration of Indigency (October 7, 2024)
- North Carolina Supreme Court Order Granting In Forma Pauperis (May 2025)

# Supreme Court of North Carolina

### JOSHUA RYAN

v

### ANGELA RYAN

From N.C. Court of Appeals
( P25-65 )
From Guilford
( 14CVD010126-400 )

### O R D E R

The following order has been entered on the motion filed on the 6th of May 2025 by Defendant for Temporary Stay:

"Motion Denied by order of the Court in conference, this the 12th of May 2025."

                                           **s/ Riggs, J.**
                                           **For the Court**

Upon consideration of the petition filed by Defendant on the 6th of May 2025 for Writ of Supersedeas of the judgment of the Court of Appeals, the following order was entered and is hereby certified to the North Carolina Court of Appeals:

"Denied by order of the Court in conference, this the 12th of May 2025."

                                           **s/ Riggs, J.**
                                           **For the Court**

The following order has been entered on the motion filed on the 6th of May 2025 by Defendant for Emergency Petition for Discretionary Review:

"Motion Denied by order of the Court in conference, this the 12th of May 2025."

                                           **s/ Riggs, J.**
                                           **For the Court**

The following order has been entered on the motion filed on the 8th of May 2025 by Defendant to Proceed In Forma Pauperis:

"Motion Allowed by order of the Court in conference, this the 12th of May 2025."

                                           **s/ Riggs, J.**
                                           **For the Court**

WITNESS my hand and the seal of the Supreme Court of North Carolina, this the 12th day of May 2025.



Grant E. Buckner
Clerk, Supreme Court of North Carolina

M. C. Hackney
Assistant Clerk, Supreme Court Of North Carolina

Copy to:
North Carolina Court of Appeals
Ms. Angela K. Ryan, For Ryan, Angela - (By Email)
Ms. Megan E. Spidell, Attorney at Law, For Ryan, Joshua - (By Email)
West Publishing - (By Email)
Lexis-Nexis - (By Email)

# UNITED STATES DISTRICT COURT
for the

Angela Ryan
_Plaintiff/Petitioner_

v.

North Carolina Department Health and Human Svs, et al.
_Defendant/Respondent_

Civil Action No. _____

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _/s/_

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 6-23-25

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ none | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): | $ 0 | $ 0 | $ 0 | $ 0 |
| Total monthly income: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| none | n/a | n/a | $ 0 |
| none | n/a | n/a | $ 0 |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| none | n/a | n/a | $ 0 |
| none | n/a | n/a | $ 0 |
| none | n/a | n/a | $ 0 |

4. How much cash do you and your spouse have? $ none

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Fidelity Bank | checking | $ 0 | $ 0 |
| none | n/a | $ 0 | $ 0 |
| none | n/a | $ 0 | $ 0 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) | $ none |
| Other real estate (Value) | $ none |
| Motor vehicle #1 (Value) | $ 25,000 |
| Make and year: 2020 Lexus | |
| Model: ES 350 | |
| Registration #: | |
| Motor vehicle #2 (Value) none | $ n/a |
| Make and year: none | |
| Model: none | |
| Registration #: none | |
| Other assets (Value) none | $ none |
| Other assets (Value) none | $ none |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| none | $ 0 | $ 0 |
| none | $ 0 | $ 0 |
| none | $ 0 | $ 0 |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| none | n/a | n/a |
| none | n/a | n/a |
| none | n/a | n/a |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included?  ☑ Yes  ☐ No <br> Is property insurance included?  ☑ Yes  ☐ No | $ 1,200 | $ none |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 400.00 | $ none |
| Home maintenance *(repairs and upkeep)* | $ none | $ none |
| Food | $ 300.00 | $ none |
| Clothing | $ none | $ n/a |
| Laundry and dry-cleaning | $ none | $ n/a |
| Medical and dental expenses | $ 50.00 | $ n/a |
| Transportation *(not including motor vehicle payments)* | $ 300.00 | $ n/a |
| Recreation, entertainment, newspapers, magazines, etc. | $ none | $ n/a |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ none | $ n/a |
|     Life: | $ none | $ n/a |
|     Health: | $ none | $ n/a |
|     Motor vehicle: | $ 150.00 none akr | $ n/a |
|     Other: | $ none | $ n/a |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ none | $ n/a |
| Installment payments | | |
|     Motor vehicle: | $ none | $ n/a |
|     Credit card *(name)*: | $ 250.00 | $ n/a |
|     Department store *(name)*: | $ none | $ n/a |
|     Other: | $ none | $ n/a |
| Alimony, maintenance, and support paid to others | $ none | $ n/a |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ none | $ n/a |
| Other (specify): | $ none | $ n/a |
| Total monthly expenses: | $ 2,650  0.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes  ☑ No    If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?  ☐ Yes  ☑ No

    If yes, how much? $ n/a

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    please see attached motion. Thank you.

12. Identify the city and state of your legal residence.

    Burlington, North Carolina

    Your daytime phone number: 336-266-7320

    Your age: 44   Your years of schooling: Associates Degree / Technical Degree

    [signature]  6/23/25