```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


ANGELA RYAN, on her own           )
behalf and as parent and next     )
friend of J.R. and A.R.           )
                                  )
              Plaintiff,           )
                                  )
     v.                           )
                                  )
NORTH CAROLINA DEPARTMENT OF      )
HEALTH AND HUMAN SERVICES;        )
GUILFORD COUNTY; GUILFORD         )
COUNTY DEPARTMENT OF SOCIAL       )
SERVICES; WENDY SIVORI, in        )
both her individual capacity      )
and her official capacity as      )
attorney for Guilford County      )
Department of Social Services;    )
SHARON BARLOW, in both her        )         1:25-cv-502
individual capacity and her       )
official capacity as Director     )
of Guilford County Department     )
of Social Services; STACY         )
GREENE, DSS Supervisor, both      )
in her individual capacity        )
and her official capacity as      )
Supervisor of Guilford County     )
Department of Social Services;    )
CHEYENNE PAYLOR, both in her      )
individual capacity and her       )
official capacity as Supervisor   )
of Guilford County Department     )
of Social Services; RACHEL        )
COOLEY, both in her individual    )
capacity and her official         )
capacity as Supervisor of         )
Guilford County Department of     )
Social Services; SYRITA MILLER,   )
both in her individual capacity   )
and her official capacity as      )
Social Worker of Guilford         )
County Department of Social       )
Services; YOLANDA MCDOWELL        )
```

```
both in her individual          )
capacity and her official       )
capacity as Social Worker of    )
Guilford County Department of   )
Social Services; JORDAN REEVES, )
both in her individual capacity )
and her official capacity as    )
Social Worker of Guilford       )
County Department of Social     )
Services; ANNE LITTLEJOHN,      )
Attorney for Guilford County    )
Guardian ad Litem Program, in   )
her individual capacity; MEGAN  )
SPIDELL, Independent Family     )
Law Attorney, in her individual )
capacity; ADAM ARTHUR,          )
Independent Family Law Attorney,)
in his individual capacity; LEE )
CORUM, court appointed attorney,)
in his individual capacity;     )
JOHN DOE #1-#10, for unknown    )
Defendants,                     )
                                )
            Defendants.         )
```

## **ORDER**

This matter is before the court for review of the Recommendation ("Recommendation") filed on September 23, 2025, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 6.) In the Recommendation, the Magistrate Judge recommends that Plaintiff's Motion for Restraining Order and for Appointment of Counsel be denied. The Recommendation was served on Plaintiff September 23, 2025. (Doc. 7.) Plaintiff responded by filing a pleading, "Objection to Magistrate Judges Recommendation and Motion for Reconsideration," (Doc. 9).

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . .[,] or recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has considered Plaintiff's arguments in her objections and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation. Having carefully reviewed Plaintiff's motion for reconsideration, this court finds Plaintiff's arguments are not sufficient to merit reconsideration, therefore, the motion will be denied.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 6), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's Ex Parte Motion for Temporary Restraining Order, Stay of State Court Proceedings and Appointment of Counsel, (Doc. 4), is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Reconsideration, (Doc. 9), is **DENIED.**

This the 9th day of March, 2026.

_____
United States District Judge